# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

_____

**No. ACM S32492**

_____

**UNITED STATES**
*Appellee*

**v.**

**Luis A. PEREZ**

Airman First Class (E-3), U.S. Air Force, *Appellant*

_____

Appeal from the United States Air Force Trial Judiciary

Decided 20 July 2018

_____

*Military Judge:* Jefferson B. Brown.

*Approved sentence:* Bad-conduct discharge, confinement for 14 days, and reduction to E-1. Sentence adjudged 4 August 2017 by SpCM convened at Holloman Air Force Base, New Mexico.

*For Appellant:* Lieutenant Colonel R. Davis Younts, USAF; Captain Mark J. Schwartz, USAF.

*For Appellee:* Lieutenant Colonel Joseph Kubler, USAF; Mary Ellen Payne, Esquire.

Before HARDING, SPERANZA, and HUYGEN, *Appellate Military Judges*.

_____

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

_____

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles

59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court